UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASHUA AMEN SHEKHEM EL BEY,<br><br>      Plaintiff,<br><br>    -against-<br><br>STATE OF NEW YORK (STATE); ANDREW M. CUOMO, GOVERNOR FOR THE STATE OF NEW YORK; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE (NYSDTF); MICHAEL R. SCHMIDT, COMMISSIONER, NYSDTF; ANDREW D. MORRIS, EXECUTIVE DEPUTY COMMISSIONER, NYSDTF; J. MARTIN, WARRANT OFFICER, NYSDTF; SALVATORE J. RICO, WARRANT OFFICER, NYSDTF; OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK (OAG); GLENN C. KING, ESQ., ASSISTANT ATTORNEY GENERAL, OAG; LETITIA A. JAMES, ESQ., NEW YORK STATE ATTORNEY GENERAL, OAG,<br><br>      Defendants. | 21-CV-7032 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued December 9, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as barred by the Tax Injunction Act and the Eleventh Amendment, and pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

2

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 9, 2021
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge